UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTHEL DENNIS BORING, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONSTAR MORTGAGE, LLC, a limited liability company; BANK OF AMERICA, N.A., a national business association; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | No. 2:13-cv-01404-GEB-CMK<br><br>**ORDER STRIKING UNTIMELY FIRST AMENDED COMPLAINT; AND DENYING MOTIONS TO DISMISS AS MOOT**[1] |

　　　　Pending are two motions seeking to dismiss an amended complaint that Plaintiff lacked authority to file. (Nationstar's Mot. to Dismiss, 1:24-25, 6:9-10,[2] ECF No. 27; Bank of America's Mot. to Dismiss, 2:27-28, ECF No. 29.) Plaintiff's Complaint was dismissed on January 7, 2014, in an order that granted Plaintiff fourteen days leave to file an amended complaint. Plaintiff timely filed a first amended complaint on January 21, 2014;

---

[1] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).
[2] This citation to Nationstar's Mot. to Dismiss utilizes CM/ECF's pagination.

1

however, Plaintiff subsequently filed an untimely first amended complaint on January 22, 2014. Since Plaintiff lacked authority to file the amended complaint filed on January 22, 2014, it is stricken. Further, since each pending dismissal motion seeks dismissal of this stricken pleading, each of these motions is denied as moot.

Dated:  March 19, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2