1  Matthew Mellen (SBN: 233350)
   Jessica Galletta (SBN: 281179)
2  Eunji Cho (SBN: 286710)
   MELLEN LAW FIRM
3  411 Borel Ave, Suite 230
   San Mateo, California 94402
4  Telephone:   (650) 638-0120
   Facsimile:   (650) 638-0125

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARTHEL DENNIS BORING, an individual, | Case No.: 2:13-cv-01404-GEB-CMK |
| Plaintiff, | [Hon. Garland E. Burrell, Jr.] |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND TRIAL RELATED DEADLINES** |
| NATIONSTAR MORTGAGE, LLC, a limited liability company; BANK OF AMERICA, N.A., a national business association; and DOES 1-50, inclusive, | |
| Defendants. | |
| | Action Filed: July 15, 2013<br>Trial Date: November 3, 2015 |

Plaintiff Carthel Dennis Boring ("Plaintiff") and Defendants Nationstar Mortgage, LLC and Bank of America, N.A. ("Defendants") (collectively Plaintiffs and Defendant may be referred to as the "Parties") hereby stipulate and agrees as follows, subject to the Court's approval.

## **RECITALS**

1. WHEREAS, on April 16, 2014, the trial issued a Scheduling Order in this matter:
2. WHEREAS, following, the Court's Scheduling Order, the parties have been diligently engaging in discovery, by propounding written discovery and noticing the depositions of pertinent witnesses;
3. WHEREAS, following the Court's Order, Defendant began reviewing Plaintiff for a loan modification in an attempt to resolve this matter without the need for further litigation and a final decision has not yet been made by Defendant;
4. WHEREAS additional time is needed to process Plaintiff's loan modification application;
5. WHEREAS the parties have not previously requested an extension of time on any of the discovery or trial related deadlines
6. WHEREAS trial in this matter is currently scheduled for November 3, 2015
7. WHEREAS, in an attempt to continue pursuing settlement negotiations without the need to expend exorbitant litigation expenses, the Parties wish to extend the following discovery and trial related deadlines as follows:
    a. Fact discovery cutoff………………………………….July 6, 2015
    b. Designation of experts with reports……………….July 6, 2015
    c. Designation of rebuttal experts with reports……….July 20, 2015
    d. Expert discovery cutoff……………………………August 14, 2015
    e. Last day for hearing on dispositive motions……….August 17, 2015
    f. Final Pretrial Conference…………………………..September 7, 2015 at 2:30 p.m.

1 **STIPULATION**

2    IT IS HEREBY STIPULATED AND AGREED TO that

3    1.   The following discovery and trial related deadlines shall be continued as follows::

4        a.   Fact discovery cutoff……………………………….July 6, 2015

5        b.   Designation of experts with reports………….…..July 6, 2015

6        c.   Designation of rebuttal experts with reports……….July 20, 2015

7        d.   Expert discovery cutoff……………………………August 14, 2015

8        e.   Last day for hearing on dispositive motions……….August 17, 2015

9        f.   Final Pretrial Conference…………………………..September 7, 2015 at 2:30 p.m.

DATED: January 14, 2015        SEVERSON & WERSON
                                A Professional Corporation

                                By: _____*/s/ Laszlo Ladi*_____
                                    Laszlo Ladi*(Authorization for e-siganture given via email)*

                                Attorneys for Defendant NATIONSTAR MORTGAGE, LLC.

DATED: January 14, 2015        REED SMITH LLP

                                By: _____*/s/ Britt Roberts*_____
                                    Britt Roberts *(Authorization for e-siganture given via email)*

                                Attorneys for Defendant BANK OF AMERICA, N.A.

                                MELLEN LAW FIRM

DATED: January 14, 2015

                                By: _____*/s/ Matthew Mellen*_____
                                    Matthew Mellen

                                Attorneys for Plaintiff CARTHEL DENNIS BORING

**PROPOSED ORDER**

The Court, having read the above-stipulation and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The following discovery and trial related deadlines shall be continued as follows::

    a. Fact discovery cutoff……………………………….July 6, 2015

    b. Designation of experts with reports………….…….July 6, 2015

    c. Designation of rebuttal experts with reports……….July 20, 2015

    d. Expert discovery cutoff…………………………….August 14, 2015

    e. Last day for hearing on dispositive motions……….August 24, 2015

    f. Final Pretrial Conference…………………………..October 26, 2015 at 11:00 a.m..  A joint pretrial statement shall be filed seven days prior to the hearing.

    g. Trial is rescheduled for December 1, 2015, at 9:00 a.m.

Dated:  January 26, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**STIPULATION TO EXTEND MEDIATION DEADLINE**