UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTHEL DENNIS BORING, an individual, | No. 2:13-CV-01404-GEB-CMK |
| Plaintiff, | **ORDER DENYING VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| NATIONSTAR MORTGAGE, LLC, a limited liability company; BANK OF AMERICA, N.A., a national business association; and DOES 1-50, inclusive, | |
| Defendants. | |

Plaintiff filed a joint stipulation voluntarily dismissing Defendant Bank of America, N.A. under Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii), which states "the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by <u>all parties who have appeared</u>." (emphasis added.) However, the filed stipulation is ineffective since it was not signed by all parties.

Dated:  July 29, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge

1