1  MARY KATE SULLIVAN (State Bar No. 180203)
   MARK I. WRAIGHT (State Bar No. 228303)
2  LASZLO LADI (State Bar No. 265564)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, California 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendant
   NATIONSTAR MORTGAGE LLC
7

8  MATTHEW MELLEN (State Bar No. 233350)
   SARAH SHAPERO(State Bar No. 281748)
9  EUNJI CHO (State Bar No. 286710)
   MELLEN LAW FIRM
10 411 Borel Ave, Suite 230
   San Mateo, California 94402
11 Telephone: (650) 638-0120
   Facsimile: (650) 638-0125

12

13                    UNITED STATES DISTRICT COURT

14        EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

15

| | |
|---|---|
| 16 CARTHEL DENNIS BORING, an individual, | Case No. 2:13-cv-01404-GEB-CMK |
| 17 Plaintiff, | **ORDER TO EXCLUDE EVIDENCE CONCERNING CREDIT DAMAGES** |
| 18 vs. | |
| 19 NATIONSTAR MORTGAGE LLC, a limited liability company; and DOES 1-50, inclusive, | Date:     December 1, 2015 |
| 20 | Time:     9:00 a.m. |
| 21 Defendants. | Place:    Courtroom 10, 13th floor |

22        The Court, having duly considered the stipulation between plaintiff Carthel Dennis Boring

23 ("Plaintiff") and defendant Nationstar Mortgage LLC ("Nationstar") dated November 10, 2015,

24 and good cause appearing, hereby orders as follows:

25 / / /

26 / / /

27 / / /

28 / / /

11951.0209/5564255.1                           1

1   1.  At trial, Plaintiff will not submit any evidence (through exhibits, oral testimony, or

2 otherwise) concerning any purported credit damage, and/or any issues with credit reporting

3 resulting from Nationstar's conduct at issue in this lawsuit.

4   IT IS SO ORDERED.

5

6 Dated:  November 17, 2015

7

8          _____

9         GARLAND E. BURRELL, JR.
          Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO EXCLUDE EVIDENCE CONCERNING CREDIT DAMAGES